Joe Lee FULGHAM, Plaintiff–
Appellant,

v.

The COMMONWEALTH OF VIRGINIA
(DOC) MENTAL AND MEDICAL
DOCTORS; OBIC Hospital Suffolk,
VA; Tidewater Mental Health Ser-
vices, Defendants–Appellees.

No. 09–7038.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 28, 2009.

Joe Lee Fulgham, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and AGEE, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham appeals the district
court's order dismissing his 42 U.S.C
§ 1983 (2006) action for failure to comply
with a court order. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Fulgham v. The
Commonwealth of Virginia Mental and
Med. Doctors,* No. 2:09–cv–00089–JBF–
TEM (E.D.Va. Apr. 27, 2009). We deny
Fulgham's motion for appointment of
counsel. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*